UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

Plaintiff:  Daniel McDermott, UST          )    Adversary Case No.    19-01041
vs.                                        )
Defendant: David Earl Bair, Jr.            )

# CERTIFICATE OF SERVICE

I, Benjamin A. Sales (name), certify that service of this summons and a copy of the complaint was made September 17, 2019 (date) by:

| | |
|---|---|
| ☒ **Mail service**: Regular, first class United States mail, postage fully pre-paid, addressed to: | David Earl Bair, Jr.<br>1800 Tanglewood Dr.<br>Loveland, OH 45140<br><br>David Earl Bair, Jr.<br>727 Crescent Ave,<br>Covington, KY 41011 |
| ☐ **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant at: | |
| ☐ **Residence Service**: By leaving the process with the following adult at: | |
| ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at: | |
| ☐ **Publication**: The defendant was served as follows: [Describe briefly] | |
| ☐ **State Law**: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly] | |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:            September 17, 2019
Signature:       /s/ Benjamin A. Sales
Print Name:      Benjamin A. Sales
Business Address:   550 Main Street, Suite 4-812, Cincinnati, Ohio 45202