**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 3, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **In Re** ) | |
| ) | **Case No. 18-10148** |
| **DAVID EARL BAIR, JR.** ) | **Chapter 7** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |
| ) | |
| **DANIEL M. McDERMOTT** ) | |
| **UNITED STATES TRUSTEE** ) | Adversary Case No. 19-1041 |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **DAVID EARL BAIR, JR.** ) | |
| ) | |
| **Defendant(s)** ) | |
| ) | |

**ORDER SETTING STATUS CONFERENCE**

This matter is before the Court on Plaintiff-United States Trustee's *Complaint to Revoke Discharge* [Docket Number 1].

This matter is **set for status conference** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two

Building, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **October 17, 2019 at 2:45 p.m.**

Should parties fail to appear at this status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.**

Distribution List:

Benjamin A. Sales, Esq.

David Earl Bair, Jr.
1800 Tanglewood Drive
Loveland, Ohio 45140

Robert A. Goering, Esq.
220 West Third Street
Cincinnati, Ohio 45202

Paul T. Saba, Esq.
2623 Erie Avenue
Cincinnati, Ohio 45208

Brian R. Redden, Esq.
221 East Fourth Street
Suite 2300
Cincinnati, Ohio 45202

United States Bankruptcy Court
Southern District of Ohio

McDermott,
    Plaintiff

Adv. Proc. No. 19-01041-bab

Bair, Jr.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0648-1     User: williamt     Page 1 of 1     Date Rcvd: Oct 04, 2019
                    Form ID: pdf01     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
               +Brian R Redden Esq,   221 E Fourth Street,   Suite 2300,   Cincinnati, OH 45202-4125
dft           +David Earl Bair, Jr.,   1800 Tanglewood Dr,   Loveland, OH 45140-9319
               +Paul T Saba Esq,   2623 Erie Avenue,   Cincinnati, OH 45208-2001
               +Robert A Goering, Esq.,   220 W Third Street,   Cincinnati, OH 45202-3407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion09.ci.ecf@usdoj.gov Oct 04 2019 19:39:44     Asst US Trustee (Cin),
             Office of the US Trustee,   J.W. Peck Federal Building,   550 Main Street, Suite 4-812,
             Cincinnati, OH 45202-5212
                                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
         Benjamin A Sales    on behalf of Plaintiff Daniel M McDermott benjamin.a.sales@usdoj.gov
                                                                                                                                                                          TOTAL: 1